1  Michael St. James, CSB No. 95653
   ST. JAMES LAW, P.C.
2  155 Montgomery Street, Suite 1004
   San Francisco, California 94104
3  (415) 391-7566 Telephone
   (415) 391-7568 Facsimile
4  michael@stjames-law.com

5
   Scott McNutt, CSB
6  Marianne Dickson, CSB
   MCNUTT LAW GROUP, LLP
7  188 The Embarcadero, Suite 800
   San Francisco, CA 94105
8  (415) 995-8475 Telephone
   (415) 995-8487 Facsimile
9  mdickson@ml-sf.com

10 Proposed Counsel for Debtor

**Signed and Filed: January 19, 2010**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

In re

MONTGOMERY REALTY GROUP, INC.

Debtor

Case No. 09-31879 DM

Chapter 11

**ORDER AUTHORIZING DEBTOR TO INCUR AND PAY LITIGATION EXPENSES**

Upon consideration of the *Ex Parte* Motion of Montgomery Realty Group, Inc., Debtor and Debtor-in-Possession, for an Order authorizing it to incur and pay certain litigation expenses, it appearing that the relief sought by the Motion is fair and reasonable and in the best interests of creditors and the estate, and good cause therefor appearing,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

1. Under the circumstances, parties in interest require no further notice or an opportunity to be heard.

2. The Motion be, and it hereby is, granted.

3. Debtor be, and it hereby is, authorized to incur the Litigation Expenses described generally in the Motion.

4. Debtor be, and it hereby is, authorized to pay the Litigation Expenses as they come due from any free funds held by the estate including, without limitation, the Litigation Expense Impound described in the Motion.

\* \* \* END OF ORDER \* \* \*

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | |
| 4 | Ron Oliner, Esq. |
| | Duane Morris LLP |
| 5 | One Market, Spear Tower, Suite 2000 |
| | San Francisco CA 94105-1104 |
| 6 | |
| 7 | Jeffery D. Trowbridge, Esq. |
| | Attorney at Law |
| 8 | 180 Grand Avenue, Suite 1550 |
| | Oakland, CA 94612 |
| 9 | |
| 10 | Mark J. Romeo, Esq. |
| | LAW OFFICES OF MARK J. ROMEO |
| 11 | 235 Montgomery Street, Suite 410 |
| | San Francisco, California 94104 |
| 12 | |
| 13 | Craig C. Chiang |
| | BuchalterNemer |
| 14 | 333 Market Street, 25th Floor |
| | San Francisco, CA 94105-2126 |
| 15 | |
| 16 | Office of the U.S. Trustee |
| | 235 Pine Street, Suite 700 |
| 17 | San Francisco, CA 94104 |
| 18 | Michael St. James, Esq. |
| | ST. JAMES LAW, P.C. |
| 19 | 155 Montgomery Street, Suite 1004 |
| | San Francisco, California 94104 |
| 20 | |
| 21 | Montgomery Realty Group, LLC |
| | 447 Battery Street, 3rd Floor |
| 22 | San Francisco, CA. 94111 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ORDER AUTHORIZING DEBTOR TO
INCUR AND PAY LITIGATION EXPENSES 2

# CERTIFICATE OF NOTICE

```
District/off: 0971-3          User: awong             Page 1 of 1              Date Rcvd: Jan 20, 2010
Case: 09-31879                Form ID: pdfeoc         Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 22, 2010.
db          +Montgomery Realty Group, Inc.,   447 Battery St. #300,   San Francisco, CA 94111-3210

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 22, 2010**                           Signature:    _/s/ Joseph Speetjens_